**Order entered July 27, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00328-CV

### THE CITY OF DALLAS, Appellant

### V.

### 6101 MOCKINGBIRD, LLC, Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-15-06071-E**

## ORDER

Before the Court is appellee's July 25, 2018 agreed second motion for an extension of time to file a brief. We **GRANT** the motion and extend the time to **August 7, 2018**. We caution appellee that further extension requests in this accelerated appeal will be disfavored.

/s/     ADA BROWN
        JUSTICE